UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICAA, N.A., | CASE NO. CV F 13-1562 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT SMALL BUSINES ADMINISTRATION AND TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |
| vs. | |
| YADVINDER K. NARANG, et al., | (Doc. 21) |
| Defendants. / | |

Based on the December 13, 2013 stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES defendant U.S. Small Business Administration and DIRECTS the clerk not to close this action. This Court ORDERS the remaining parties, no later than December 23, 2013, to file papers to show cause why this Court should not remand this action to Kern County Superior Court given the absence of defendant U.S. Small Business Administration to invoke this Court's subject matter jurisdiction.

IT IS SO ORDERED.

Dated:   **December 16, 2013**                /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1