UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, | CASE NO. CV F 13-1562 LJO JLT |
| Plaintiff, | **ORDER TO REMAND TO KERN COUNTY SUPERIOR COURT** (Doc. 7.) |
| vs. | |
| YADVINDER K. NARANG, et al., | |
| Defendants. | |
| _____/ | |

     This Court's December 16, 2013 order ("December 16 order") dismissed defendant U.S. Small Business Administration, which had removed this action from Kern County Superior Court based on federal question jurisdiction. The December 16 order further required remaining parties, no later than December 23, 2013, to file papers to show cause why this Court should not remand this action to Kern County Superior Court given the absence of defendant U.S. Small Business Administration to invoke this Court's subject matter jurisdiction. No party responded to the December 16 order to show cause why this Court retains subject matter jurisdiction.

     On the basis of good cause and in the absence of this Court's subject matter jurisdiction, this Court:

     1.     REMANDS this action to Kern County Superior Court; and

     2.     DIRECTS the clerk to take necessary action to remand this action to Kern

County Superior Court.

IT IS SO ORDERED.

   Dated:   **December 30, 2013**           **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE